FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 23 2000

at 10 o'clock and 30 min. A M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00147 DAE |
| Plaintiff, | ) | |
| vs. | ) | |
| MICHAEL IOANE (04), | ) | |
| Defendant. | ) | |

ORDER DENYING NON-STATUTORY
WRIT OF COVENANT AND LESE MAJESTY

On August 22, 2000, "Demandant" "Terry: *suae potestate esse*" filed a pleading titled, "Non-Statutory Writ of Covenant and Lese Majesty," on behalf of pro se Defendant Michael Ioane in the matter of United States of America vs. Michael Ioane, Cr. No. 00-00147 DAE. The Court is not able to assess what Demandant is requesting or to order relief due to the rambling and indecipherable nature of the pleading. Demandant's argument in is incomprehensible and appears to be without foundation or merit. Accordingly, the instant "Non-Statutory Writ of Covenant and Lese Majesty" is DENIED.

Moreover, the Court notes that "Terry: *suae potestate esse*" is not, to this court's knowledge, admitted to the bar of any state or federal court. In the future, unless and until "Terry: *suae potsetate esse*" is licensed to practice law before

this court or receives permission from the Chief Judge of this district, this court shall not file any pleading in which "Terry: *suae potestate esse*" is acting in an attorney's capacity. Any attempt to file such pleadings may result in the imposition of severe sanctions upon "Terry: *suae potestate esse*."

The court also warns "Terry: *suae potestate esse*" that he or she appears to be violating Haw. Rev. Stat § 605-2, which states:

> Except as provided by the rules of court, no person shall be allowed to practice in any court of the State unless that person has been duly licensed so to do by the supreme court; provided that nothing in this chapter shall prevent any person, plaintiff, defendant, or accused, from appearing in person before any court, and there prosecuting or defending that person's, plaintiff's, defendant's, or accused's own cause, without the aid of legal counsel; provided further that in the district courts sections 605-13 and 633-28 shall apply.

Accordingly, the instant Non-Statutory Writ of Covenant and Lese Majesty is DENIED.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii: ___8/23/00___.

___Leslie E. Kobayashi___
LESLIE E. KOBAYASHI
United States Magistrate Judge

U.S.A. V. MICHAEL IOANE (04); CR. NO. 00-00147 DAE; ORDER DENYING NON-STATUTORY WRIT OF COVENANT AND LESE MAJESTY