UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DOCKET FEE PAYMENT NOTIFICATION FORM

I.   **SHORT CASE TITLE:**   U.S.A. vs. (01) LARRY RUTKOWSKI

   **U.S. COURT OF APPEALS DOCKET NUMBER:** _____

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:**   CR 00-00147 DAE 01

II   **DATE NOTICE OF APPEAL FILED:**   11/25/2005

III   **U.S. COURT OF APPEALS PAYMENT STATUS:**

   **DOCKET FEE PAID ON:**         **AMOUNT:**

   **NOT PAID YET:** ✓          **BILLED:**   02/15/2007

   **U.S. GOVERNMENT APPEAL:**      **FEE WAIVED:**

   **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**

   **WAS F.P. STATUS REVOKED:**      **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV   **COMPANION CASES, IF ANY:**

V.   **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Bernadette Aurio

---

AMENDED NOTIFICATION _____   PAID _____   F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

TO:        Clerk, U.S. Court of Appeals                    Date: February 15, 2007

FROM:      Clerk, U.S. District Court, Hawaii

SUBJECT:   New Appeals Docketing Information, Criminal Case

## CASE INFORMATION

COMPLETE TITLE:        U.S.A. vs (01) LARRY RUTKOWSKI

U.S.D.C CASE NO.       CR 00-00147 DAE 01

U.S.D.C. JUDGE:        David Alan Ezra

COMPLAINT ( ), INDICTMENT ( ), INFORMATION ( ), PETITION (✓), FILED:  03/01/2005

APPEALED ORDER FILED:        04/17/2006

NOTICE OF APPEAL FILED:      11/25/2005

## COUNSEL INFORMATION

APPELLANT:                              APPELLEE:
Cynthia A. Kagiwada, Esq.               Thomas J. Brady, AUSA
P O Box 368                             Office of the United States Attorney
Kaneohe HI 96744                        300 Ala Moana Blvd Ste 6100
                                        Honolulu HI 96850

(List multiple counsel on separate sheet and attach.)

APPOINTED BY: _

(e.g. C.J.A., Public Defender, Other.)

## DEFENDANT INFORMATION

ADDRESS:                                CUSTODY:           ✓

                                        BAIL:              __

F/P GRANTED:        __                  COUNSEL WAIVED:    __

NO OF DAYS OF TRIAL:   6 DAYS           COURT REPORTER(S): Tape/CD/ESR,
                                                           Marjann Shawler,
                                                           Terrence Chun &
                                                           Cynthia Fazio.