United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

Date: March 5, 2007

To:   United States Court of Appeals      Attn:  ( )   Civil
      For the Ninth Circuit
      Office of the Clerk                        (✓)   Criminal
      95 Seventh Street
      San Francisco, California 94103            ( )   Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813                    (Companion case: CV 05-00138DAE)

DC No:        CR 00-00147DAE-01      Appeal No:   07-15284
Short Title:  USA vs. Ruthkowski

*Companion Case CV 05-1381)4E*

| | | |
|---|---|---|
| Clerk's Files in | 4 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | 17 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos #75, 111, 114, 123, 124, 132, 141, 148, 165, 169, 170, 173, 174, 206

Acknowledgment: _____   Date: _____

cc: counsel