Larry Rutkowski
Reg. NO. 87608-022
U.S P. Florence
P.O Box 7000
Florence, Co. 81226

Cynthia A. Kagiwada
Attorney At Law
P.O. Box 368
Kaneohe, Hawaii

**RECEIVED**
CLERK, U.S. DISTRICT COURT
MAY 14 2007
4:30pm
DISTRICT OF HAWAII

CR00-00147DAE

Re: Status of §2255

Ms. Kagiwada,

Thank you for contacting me, I've been waiting for the court's response. Please File a motion to with-draw as counsel of record as I will be proceeding pro'se. Once you have been removed as counsel, I will file under §1915. Thank you for giving pause to my case.

Larry Rutkowski
Larry Rutkowski

LARRY KNIFEMAKER
81608-022
U.S. PENITENTIARY
P.O. BOX 7000
FLORENCE, COLORADO 81226

LEGAL MAIL

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF HAWAII
300 ALA MOANA BLVD - 338
HONOLULU, HAWAII 96850

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 14 2007
DISTRICT OF HAWAII



LEGAL MAIL

United States Penitentiary
U.S. Mail Room
5880 Hwy. 67 South
P.O. Box 7500
Florence, CO 81226    Date:

MAY - 8 2007

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, please return the enclosure to the above address.