UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 0 2 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. LARRY RUTHKOWSKI, Defendant - Appellant. | No. 07-15284 <br><br> D.C. Nos. CV-05-00138-DAE <br> CR-00-00147-1-DAE <br> District of Hawaii, Honolulu <br><br> ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 6 2007

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

Before:   HAWKINS and BYBEE, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2).

Attorney Cynthia A. Kagiwada's "Motion to Withdraw as Counsel" is granted. Counsel Kagiwada shall serve a copy of this order on appellant.

All remaining motions are denied as moot.

A TRUE COPY
ATTEST  8/2/07
CATHY A. CATTERSON
Clerk of Court
by: _____
Deputy Clerk