STAFF

INTERNAL USE ONLY: Proceedings include all events.
07-15284 USA v. Ruthkowski

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Thomas J. Brady, Esq.<br>FAX 808/541-2958<br>808/541-2850<br>Suite 6-100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S. ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850 |
| v. | |
| LARRY RUTHKOWSKI<br>    Defendant - Appellant | Cynthia A. Kagiwada<br>808/230-4430<br>[COR LD NTC ret]<br>P.O. Box 368<br>Kaneohe, HI 96744 |