August 13, 2007

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
(415) 355-7820

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CV-05-00138-DAE
**Appeal Number:** 07-15284
**Short Title:** USA v. Ruthkowski

RECEIVED
CLERK U.S. DISTRICT COURT
AUG 16 2007
3:20 pm
DISTRICT OF HAWAII

**Volumes**

| | | | |
|---|---|---|---|
| Clerk's Records in: | 4 | 0 | Certified Copy(ies) |
| Reporters Transcripts in: | 17 | | |

| Bulky Documents in: | 0 Envelopes | 0 Expandos | 0 Folders | 0 Boxes |
|---|---|---|---|---|
| | 0 Other | | | |
| State Lodged Docs in: | 0 Envelopes | 0 Expandos | 0 Folders | 0 Boxes |
| | 0 Other | | | |

**Other:**

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.